FILED
2005 Oct-07 PM 12:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **LEVOYER WILSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.** |
| **v.** ) | |
| ) | **CV-03-BE-2284-E** |
| **NHB INDUSTRIES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## PLAINTIFF'S DAMAGES LIST

The plaintiff claims the following damages in this lawsuit:

1. Backpay - The plaintiff earned a rate of pay of $10.70/hour. Based on a 40 hours a week, his weekly lost wages would be $428.00 prior to subtracting any interim earnings.

2. Liquidated Damages

3. Injunctive Relief, including backpay, reinstatement, and/or reasonable front pay

4. Prejudgment and post-judgment interest where applicable

5. That relief which is fair, reasonable, and just under the circumstances

6. Costs of this suit, including a reasonable attorney's fee..

/s/ Heather N. Leonard
Heather N. Leonard
COUNSEL FOR PLAINTIFF

HEATHER LEONARD, P.C.
The Gross Building
2108 Rocky Ridge Road
Suite 1
Birmingham, AL 35216
phone:       (205) 978-7899
facsimile:   (205) 278-1400

_____

## CERTIFICATE OF SERVICE

The undersigned hereby informs the court that a copy of the foregoing has been served via the Court's electronic filing system on October 7, 2005, on the following:

>Mark J. Romaniuk, Esq.
>Craig Borowski, Esq.
>Baker & Daniels
>300 North Meridian Street
>Suite 2700
>Indianapolis, IN 46204-1782

/s/ Heather N. Leonard
Of Counsel