IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LEVOYER WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | CV-03-BE-2284-E |
| NHB INDUSTRIES, INC., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S PROPOSED VOIR DIRE

  Due to thorough nature of the Court's General Civil Voire Dire as set forth on the website for the United States District Court for the Northern District of Alabama, the plaintiff does not intend on submitting any additional voire dire questions in this action.

/s/ Heather Newsom Leonard
Heather N. Leonard

**OF COUNSEL:**

**HEATHER LEONARD P.C.**
The Gross Building
2108 Rocky Ridge Road, Suite 1
Birmingham, Alabama 35216
*Voice*: (205) 978-7899
*Fax:*  (205) 278-1400

CERTIFICATE OF SERVICE

      The undersigned hereby informs the court that a copy of the foregoing has been served via the Court's electronic filing system on January 12, 2006, on the following:

      Mark J. Romaniuk, Esq.
      Craig Borowski, Esq.
      Baker & Daniels
      300 North Meridian Street
      Suite 2700
      Indianapolis, IN 46204-1782

      /s/ Heather N. Leonard
      Of Counsel