FILED
2006 Feb-13 PM 05:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

Time Log
Levoyer Wilson

| Date | Staff | Description of Work performed | Time Spent | Rate | Total |
|---|---|---|---|---|---|
| 4-30-03 | HNL | Initial client meeting | 1 | $225 an hour | $225 |
| 6-13-03 | HNL | f/u demand letter to defendant | 0.3 | $225 an hour | $67.50 |
| 7-14-03 | HNL | draft lawsuit for Levoyer Wilson | 2 | $225 an hour | $450 |
| 8-15-03 | HNL | finish complaint and filing materials | 0.5 | $225 an hour | $112.50 |
| 8-15-03 | HNL | status letter to client | 0.2 | $225 an hour | $45 |
| 9-8-03 | HNL | review answer and prepare complaint/answer comparison | 1 | $225 an hour | $225 |
| 9-9-03 | HNL | letter to client re: status/defendant's answer | 0.2 | $225 an hour | $45 |
| 9-9-03 | HNL | t/c with Guy Chappel re: defendant's failure to apply for pro hac vice status | 0.2 | $225 an hour | $45 |
| 9-9-03 | HNL | research on defendant's failure to apply for pro hac vice status | 0.8 | $225 an hour | $180 |
| 9-9-03 | HNL | letter to defendant re: pro hac vice status | 0.2 | $225 an hour | $45 |
| 9-9-03 | HNL | prepare and draft discovery plan | 1 | $225 an hour | $225 |
| 9-9-03 | HNL | draft initial disclosures | 0.3 | $225 an hour | $67..50 |
| 9-9-03 | HNL | draft rpd | 0.8 | $225 an hour | $180 |
| 9-9-03 | HNL | draft interrogatories | 1 | $225 an hour | $225 |

| Date | Staff | Description of Work performed | Time Spent | Rate | Total |
|---|---|---|---|---|---|
| 9-9-03 | HNL | letters to doctors re: statements | 0.8 | $225 an hour | $180 |
| 9-11-03 | HNL | review Defendant's Motion for Leave to Appear Pro Hac Vice | 0.1 | $225 an hour | $22.50 |
| 9-11-03 | HNL | review Order granting Defendant's Motion for Leave to Appear Pro Hac Vice | 0.1 | $225 an hour | $22.50 |
| 9-24-03 | HNL | PPM with defendant | 0.1 | $225 an hour | $22.50 |
| 9-24-03 | HNL | letter to defendant re: depositions and discovery | 0.2 | $225 an hour | $45 |
| 9-24-03 | HNL | draft 30(b)(6) deposition notice | 0.2 | $225 an hour | $45 |
| 10-7-03 | HNL | review fax from Dr. Rey Alba/Valencia - medical records | 0.3 | $225 an hour | $67.50 |
| 10-9-03 | HNL | review scheduling order and calendar dates | 0.2 | $225 an hour | $45 |
| 10-15-03 | HNL | finalize letter to defendant re: depo dates | 0.1 | $225 an hour | $22.50 |
| 11-20-03 | HNL | letter to defendant re: outstanding discovery, initial disclosures, and depos | 0.3 | $225 an hour | $67.50 |
| 2-2-04 | HNL | Draft Joint Status Report | 1 | $225/an hour | $225 |
| 02-02-04 | HNL | Draft Motion to Compel | 2 | $225 an hour | $450 |
| 02-04-04 | HNL | Letter to Defendant re: Joint Status Report | 0.3 | $225 an hour | $67.50 |
| 02-12-04 | HNL | Review Order granting motion to compel and calendar due date | 0.1 | $225 an hour | $22.50 |

| Date | Staff | Description of Work performed | Time Spent | Rate | Total |
|---|---|---|---|---|---|
| 2-20-04 | HNL | receive vm message from defendant asking for extension until Monday to send discovery responses and stating that the requests were so broad I would have to review hundreds of files; returned call and left vm telling them to call me Monday | 0.2 | $225 an hour | $45 |
| 2-23-04 | HNL | Review and chart initial disclosures | 0.5 | $225/an hour | $112.50 |
| 2-24-04 | HNL | Review (and chart) Defendant's Response to Plaintiff's First Request for Production of Documents to Defendant | 0.5 | $225/an hour | $112.50 |
| 2-24-04 | HNL | Review Defendant's Interrogatory Answers | 0.5 | $225/an hour | $112.50 |
| 2-25-04 | HNL | Review and chart documents produced by the Defendant | 2 | $225/an hour | $450 |
| 2-25-04 | HNL | Letter to Defendant re: discovery issues | 0.5 | $225/an hour | $112.50 |
| 3-8-04 | HNL | t/c with Craig Borowski re: scheduling depositions | 0.2 | $225 an hour | $45 |
| 3-8-04 | HNL | Motion for entry of privacy protective order | 0.2 | $225 an hour | $45 |
| 3-13-04 | HNL | Draft subpoena and cover letter to DIR | 0.2 | $225 an hour | $45 |
| 3-13-04 | HNL | Review Defendant's First Interrogatories to the Plaintiff | 0.2 | $225 an hour | $45 |
| 3-13-04 | HNL | Review Defendant's First RPD to the Plaintiff | 0.2 | $225 an hour | $45 |
| 3-13-04 | HNL | Review Defendant's Medical Releases and Psychotherapy Release | 0.2 | $225 an hour | $45 |
| 3-13-04 | HNL | Letter to client re: discovery and depositions | 0.5 | $225/an hour | $112.50 |

| Date | Staff | Description of Work performed | Time Spent | Rate | Total |
|---|---|---|---|---|---|
| 3-13-04 | HNL | letter to Kimberly Dodson re: deposition of Tillery | 0.5 | $225/an hour | $112.50 |
| 3-13-04 | HNL | prepare objections to defendant's interrogatories | 1.2 | $225/an hour | $270 |
| 3-13-04 | HNL | prepare objections to defendant's rpd | 0.7 | $225 an hour | $157.50 |
| 3-18-04 | HNL | return call of Craig Borowski re: depositions | 0.1 | $225 an hour | $22.50 |
| 3-30-04 | HNL | discussion with defendant re: deposition location and times | 0.2 | $225 an hour | $45 |
| 3-30-04 | HNL | respond to defendant's discovery requests | 2 | $225 an hour | $450 |
| 4-9-04 | HNL | call to defendant re: confirming deposition dates and times | 0.1 | $225 an hour | $22.50 |
| 4-9-04 | HNL | call to Kimberly Dodson re: depositions | 0.2 | $225 an hour | $45 |
| 4-9-04 | HNL | meeting with client to prepare for deposition | 2 | $225 an hour | $450 |
| 4-12-04 | HNL | Review Defendant's subpoenas to Citizen's Baptist Medical Center and Dr. Rey Alba | 0.1 | $225 an hour | $22.50 |
| 4-12-04 | HNL | letter to defendant re: copies of documents received from subpoenas to Citizen's Baptist Medical Center and Dr. Rey Alba | 0.2 | $225 an hour | $45 |
| 4-12-04 | HNL | review defendant's letter re: deposition logistics | 0.2 | $225 an hour | $45 |
| 4-13-04 | HNL | review defendant's letter re: deposition logistics (Wednesday Depositions) | 0.1 | $225 an hour | $22.50 |
| 4-13-04 | HNL | review defendant's letter re: our discovery responses | 0.2 | $225 an hour | $45 |

| Date | Staff | Description of Work performed | Time Spent | Rate | Total |
|---|---|---|---|---|---|
| 4-14-04 | HNL | Prepare for deposition of Angela Barclay Hunter | 1.2 | $225/an hour | $270 |
| 4-14-04 | HNL | Draft Motion to Compel Deposition | 2 | $225 an hour | $450 |
| 4-14-04 | HNL | Deposition of Angela Barclay Hunter in Talladega | 4 | $225 an hour | $900 |
| 4-15-04 | HNL | Defend plaintiff's deposition | 6 | $225 an hour | $1350 |
| 4-15-04 | HNL | Review fax from Kimberly Dodson cancelling Tillery's deposition | 0.1 | $225 an hour | $22.50 |
| 4-15-04 | HNL | Prepare fax to defendants re: fax from Kimberly Dodson cancelling Tillery's deposition | 0.1 | $225 an hour | $22.50 |
| 4-16-04 | HNL | Review defendant's response to motion to compel | 0.3 | $225 an hour | $67.50 |
| 4-16-04 | HNL | Reply to defendant's response to motion to compel | 1 | $225 an hour | $225 |
| 4-16-04 | HNL | hearing/discussion with judge and defendants re: 30(b)(6) issues | 1 | $225 an hour | $225 |
| 4-20-04 | HNL | Draft first supplement to initial disclosures | 0.3 | $225 an hour | $67.50 |
| 4-20-04 | HNL | Draft Second RPD | 0.7 | $225 an hour | $157.50 |
| 4-20-04 | HNL | Letter to client re: information owed in discovery | 0.3 | $225 an hour | $67.50 |
| 5/6/04 | HNL | Telephone call to Dodson re: Tillery deposition | 0.25 | $225 an hour | $56.25 |
| 5/6/04 | HNL | Letter to defendant re: deposition | 0.25 | $225 an hour | $56.25 |
| 5/6/04 | HNL | Revise 30(b)(6) Notice | 0.25 | $225 an hour | $56.25 |
| 5/6/04 | HNL | Letter to defendant re: stipulations | 0.5 | $225 an hour | $112.50 |

| Date | Staff | Description of Work performed | Time Spent | Rate | Total |
|---|---|---|---|---|---|
| 5/10/04 | HNL | Review defendant's letter of May 7 cancelling 30(b)(6) deposition set for May 11 | 0.25 | $225/hour | $56.25 |
| 5/10/04 | HNL | Letter to Kimberly Dodson requesting dates from her client for depositions | 0.25 | $225/hour | $56.25 |
| 5/10/04 | HNL | Letter to defendant re: scheduling depositions | 0.25 | $225/hour | $56.25 |
| 5/11/04 | HNL | Call from Kim Crocker at Meelheim re: dates for Tillery Deposition - available June 4 | 0.25 | $225/hour | $56.25 |
| 5/11/04 | HNL | e-mail to defense counsel re: call from Kim Crocker at Meelheim re: dates fro Tillery depo - available June 4 | 0.25 | $225/hour | $56.25 |
| 5/12/04 | HNL | Review e-mail from defendant re: depositions | 0.1 | $225/hour | $22.50 |
| 5/12/04 | HNL | Call from client - he has received his tax returns and will be forwarding them to us | 0.1 | $225/hour | $22.50 |
| 6/2/04 | HNL | Prepare for depositions of Diane Tillery | 2 | $225/hour | $450.00 |
| 6/3/04 | HNL | Letter to defendant re: depositions | 0.25 | $225/hour | $56.25 |
| 6/7/04 | HNL | Letter to defendant re: outstanding discovery | 0.2 | $225/hour | $45.00 |
| 6/10/04 | HNL | Letter to Dodson and defense counsel re: depos | 0.25 | $225/hour | $56.25 |
| 6/24/04 | HNL | Motion to extend time for depositions | 0.5 | $225/hour | $112.50 |
| 6/24/04 | HNL | Letter to defendant re: depositions | 0.5 | $225/hour | $112.50 |
| 6/24/04 | HNL | Review defendant's response to second rpd | 0.5 | $225/hour | $112.50 |
| 6/29/04 | HNL | Prepare for depositions | 3 | $225/hour | $675.00 |

| Date | Staff | Description of Work performed | Time Spent | Rate | Total |
|---|---|---|---|---|---|
| 6/29/04 | HNL | Take depositions of Tillery and Horton (Horton in Pell City per defendant's request) | 6 | $225/hour | $1350 |
| 6/30/04 | HNL | Take 30(b)(6) depositions in Pell City per defendant's request | 4 | $225/hour | $900 |
| 07/07/04 | HNL | Return client call re: status of case | 0.2 | $225/hour | $45.00 |
| 07/15/04 | HNL | Review defendant's response to motion to enlarge time | 0.25 | $225/hour | $56.25 |
| 07/15/04 | HNL | t/c from court re: mooting motion to enlarge | 0.1 | $225/hour | $22.50 |
| 07/15/04 | HNL | Summarize deposition of Sue Horton | 1 | $225/hour | $225 |
| 07/15/04 | HNL | Summarize deposition of Diane Tillery | 2 | $225/hour | $450 |
| 8/13/04 | HNL | summarize remaining depositions | 3 | $225/hour | $675.00 |
| 8/13/04 | HNL | review and pull discovery documents for SJ | 1 | $225/hour | $225 |
| 8/13/04 | HNL | t/c with client re: affidavit | 0.5 | $225/hour | $225 |
| 8/15/04 | HNL | work on SJ | 5 | $225/hour | $1125 |
| 8/16/04 | HNL | Finish SJ response | 3 | $225/hour | $675.00 |
| 9/9/04 | HNL | Motions to strike evidence and reply brief | 1 | $225/hour | $225.00 |
| 9/24/04 | HNL | Review defendant's response to motion to strike reply brief | 0.25 | $225/hour | $56.25 |
| 9/24/04 | HNL | Review defendant's response to motion to strike reply evidence | 0.25 | $225/hour | $56.25 |
| 11/11/04 | HNL | Letter to defendant re: asking judge to set determination date on pending motion for SJ | 0.2 | $225/hour | $45 |
| 8/8/05 | HL | Review order setting oral argument | 0.2 | $225/hour | $45.00 |

| Date | Staff | Description of Work performed | Time Spent | Rate | Total |
|---|---|---|---|---|---|
| 9/8/05 | HL | Review Order: Pretrial Conference set for 9/28 (see daily for more detail) | .1 | | $22.50 |
| 9/8/05 | HL | draft pretrial order | 2 | 225 | $450 |
| 9/20/05 | HL | Call from Craig Borowski re: pretrial order | .2 | 225 | $45 |
| 9/23/05 | HL | review def. Proposed pretrial order and make changes | .3 | 225 | $67.50 |
| 9/28/05 | HL | Attend pretrial conference | 1 | 225 | $225 |
| 9/29/05 | HL | letter to client re: releases requested by def.; work on modifying order to send to def. | .3 | 225 | $67.50 |
| 9/30/05 | SB | prepare draft of witness list, exhibit list, and damages list; summarize depo of Kirkland, A. Sims, Horton and K. Sims | 3.6 | $60/hour | $216.00 |
| 10/6/05 | SB | Letter to defendant re releases | 0.1 | $60/hour | $6.00 |
| 10/7/05 | SB | Prepare depo summary of Diane Tillery | 1.5 | $60/hour | $90.00 |
| 11/7/05 | HL | review new decision on FMLA Notice Requirements - CRUZ | 0.3 | $225/hour | $67.50 |
| | | | | | 20235.25 |

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| | | Previous Balance | | | $0.00 |

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| | | Previous Balance | | | $0.00 |

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 11/15/2005 | Heather Leonard | Balance Forward - Time  (Heather Leonard - Attorney)<br>Date      Staff      Description of Work performed    Time Spent      Rate      Total<br>4-30-03 HNL    Initial client meeting    1    $225 an hour    $225<br>6-13-03 HNL    f/u demand letter to defendant    0.3    $225 an hour    $67.50<br>7-14-03 HNL    draft lawsuit for Levoyer Wilson    2    $225 an hour    $450<br>8-15-03 HNL    finish complaint and filing materials    0.5    $225 an hour    $112.50<br>8-15-03 HNL    status letter to client    0.2    $225 an hour    $45<br>9-8-03   HNL    review answer and prepare complaint/answer comparison    1    $225 an hour    $225<br>9-9-03   HNL    letter to client re: status/defendant's answer    0.2    $225 an hour    $45<br>9-9-03   HNL    t/c with Guy Chappel re: defendant's failure to apply for pro hac vice status    0.2    $225 an hour    $45<br>9-9-03   HNL    research on defendant's failure to apply for pro hac vice status    0.8    $225 an hour    $180<br>9-9-03   HNL    letter to defendant re: pro hac vice status    0.2    $225 an hour    $45<br>9-9-03   HNL    prepare and draft discovery plan    1    $225 an hour    $225<br>9-9-03   HNL    draft initial disclosures    0.3    $225 an hour    $67..50<br>9-9-03   HNL    draft rpd    0.8    $225 an hour    $180<br>9-9-03   HNL    draft interrogatories    1    $225 an hour    $225<br>9-9-03   HNL    letters to doctors re: statements    0.8    $225 an hour    $180<br>9-11-03 HNL    review Defendant's Motion for Leave to Appear Pro Hac Vice    0.1    $225 an hour    $22.50<br>9-11-03 HNL    review Order granting Defendant's Motion for Leave to Appear Pro Hac Vice    0.1    $225 an hour    $22.50<br>9-24-03 HNL    PPM with defendant    0.1    $225 an hour    $22.50<br>9-24-03 HNL    letter to defendant re: depositions and discovery    0.2    $225 an hour    $45<br>9-24-03 HNL    draft 30(b)(6) deposition notice    0.2    $225 an hour    $45<br>10-7-03 HNL    review fax from Dr. Rey Alba/Valencia - medical records    0.3    $225 an hour    $67.50<br>10-9-03 HNL    review scheduling order and calendar dates    0.2    $225 an hour    $45<br>10-15-03       HNL    finalize letter to defendant re: depo dates    0.1    $225 an hour    $22.50<br>11-20-03       HNL    letter to defendant re: outstanding discovery, initial disclosures, and depos    0.3    $225 an hour    $67.50<br>2-2-04   HNL    Draft Joint Status Report    1    $225/an hour    $225<br>02-02-04       HNL    Draft Motion to Compel    2    $225 an hour    $450<br>02-04-04       HNL    Letter to Defendant re: Joint Status Report    0.3    $225 an hour    $67.50<br>02-12-04       HNL    Review Order granting motion to compel and calendar due date    0.1    $225 an hour    $22.50<br>2-20-04 HNL    receive vm message from defendant asking for extension until Monday to send discovery responses and stating that the requests were so broad I would have to review hundreds of files; returned call and left vm telling them to call me Monday    0.2    $225 an hour    $45<br>2-23-04 HNL    Review and chart initial disclosures    0.5    $225/an hour    $112.50<br>2-24-04 HNL    Review (and chart) Defendant's Response to Plaintiff's First Request for Production of Documents to Defendant    0.5    $225/an hour    $112.50<br>2-24-04 HNL    Review Defendant's Interrogatory Answers    0.5    $225/an hour    $112.50<br>2-25-04 HNL    Review and chart documents produced by the Defendant    2    $225/an hour    $450<br>2-25-04 HNL    Letter to Defendant re: discovery issues    0.5    $225/an hour    $112.50<br>3-8-04   HNL    t/c with Craig Borowski re: scheduling depositions    0.2    $225 an hour    $45<br>3-8-04   HNL    Motion for entry of privacy protective order    0.2    $225 an hour    $45<br>3-13-04 HNL    Draft subpoena and cover letter to DIR    0.2    $225 an hour    $45<br>3-13-04 HNL    Review Defendant's First Interrogatories to the Plaintiff    0.2    $225 an hour    $45<br>3-13-04 HNL    Review Defendant's First RPD to the Plaintiff    0.2    $225 an hour    $45<br>3-13-04 HNL    Review Defendant's Medical Releases and Psychotherapy Release    0.2    $225 an hour    $45 | 88.05 | $225.00 | $19,811.25 |

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 12/1/2005 | Heather Leonard | t/c with potential witness - Anthony Richardson | 0.50 | $225.00 | $112.50 |
| 12/28/2005 | Heather Leonard | Pleading - Review<br>Exhibit List (Final) by NHB Industries, Inc... | 0.10 | $225.00 | $22.50 |
| 12/28/2005 | Heather Leonard | Pleading - Review<br>Witness List (Final) by NHB Industries, Inc.. (Borowski, Craig) | 0.10 | $225.00 | $22.50 |
| 12/29/2005 | Heather Leonard | Pleading<br>Objections to defendant's witness list | 0.90 | $225.00 | $202.50 |
| 12/29/2005 | Heather Leonard | Document Review<br>Review medical records sent by defendant (N/W 0415-0611 | 1.00 | $225.00 | $225.00 |
| 1/4/2006 | Heather Leonard | Call - court<br>Call from court re: whether case is going forward | 0.10 | $225.00 | $22.50 |
| 1/4/2006 | Heather Leonard | call - opposing counsel<br>Call to John Johnson re: outstanding discovery issues - left vm | 0.10 | $225.00 | $22.50 |
| 1/4/2006 | Heather Leonard | letter - opposing counsel<br>Letter to defendant re: discovery issues (via fax and regular mail) | 0.50 | $225.00 | $112.50 |
| 1/10/2006 | Heather Leonard | Call - client<br>Levoyer Wilson 256-315-0665 | 0.10 | $225.00 | $22.50 |
| 1/12/2006 | Heather Leonard | Pleading<br>Review defendant's proposed jury instructions | 0.30 | $225.00 | $67.50 |
| 1/12/2006 | Heather Leonard | Pleading - review<br>Defendant's Motion in Limine | 0.20 | $225.00 | $45.00 |
| 1/12/2006 | Heather Leonard | Pleading<br>Plaintiff's Statement of the Case | 1.00 | $225.00 | $225.00 |
| 1/12/2006 | Heather Leonard | call - witness<br>Diane Tillery re Wilson v. NHB - re trial.  256-282-8186 | 0.20 | $225.00 | $45.00 |
| 1/12/2006 | Heather Leonard | Pleading<br>Jury charges | 2.00 | $225.00 | $450.00 |
| 1/13/2006 | Heather Leonard | Conference - client<br>Meeting with client to prepare for trial | 2.50 | $225.00 | $562.50 |
| 1/13/2006 | Heather Leonard | Pleading<br>Respond to MIL | 1.00 | $225.00 | $225.00 |
| 1/16/2006 | Heather Leonard | Conference - client<br>Meeting with client to prepare for deposition and trial preparation | 2.20 | $225.00 | $495.00 |
| 1/16/2006 | Heather Leonard | Deposition<br>Defend deposition of plaintiff taken by defendant on discovery issues | 1.00 | $225.00 | $225.00 |
| 1/18/2006 | Heather Leonard | conference - witness<br>trial preparation - t/c with Diane Tillery - verified she had been served with subpoena and told her when and where to appear for the trial | 0.10 | $225.00 | $22.50 |
| 1/19/2006 | Heather Leonard | call - opposing counsel<br>t/c with CB re: Jury Charges | 0.80 | $225.00 | $180.00 |
| 1/19/2006 | Heather Leonard | call - other<br>Call from Rusty Dorr at MCG re: subpoena - his client questions whether he is the legal guardian. | 0.20 | $225.00 | $45.00 |
| 1/19/2006 | Heather Leonard | Pleadings<br>work on jury instructions | 1.00 | $225.00 | $225.00 |
| 1/20/2006 | Heather Leonard | Pleadings<br>review and revise jury charges per e-mail from Craig Borowski | 1.00 | $225.00 | $225.00 |
| 1/20/2006 | Heather Leonard | Trial Prep<br>Prepare exam outlines for Sue Horton, Diane Tillery and Angie Barclay Hunter | 0.00 | $225.00 | $450.00 |
| 1/20/2006 | Heather Leonard | Trial Prep<br>Meeting with client to work on direct and damages testimony | 2.00 | $225.00 | $450.00 |
| 1/20/2006 | Heather Leonard | Trial Prep<br>Review plaintiff's deposition while working on direct exam outline | 1.30 | $225.00 | $292.50 |

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 1/21/2006 | Heather Leonard | Trial Prep<br>Prepare objection chart to defendant's exhibits and witnesses, finalize direct outlines, finalize opening outline, review depositions, meeting with client to work on testimony, work on outline for Rule 50 response, put together trial boxes | 8.00 | $225.00 | $1,800.00 |
| 1/22/2006 | Heather Leonard | Trial Prep<br>Finalize directs; review depositions; pack up trial boxes; meeting with client to work on testimony | 5.70 | $225.00 | $1,282.50 |
| 1/23/2006 | Heather Leonard | Trial Time<br>Trial and Travel Time for 1st day of trial | 12.00 | $225.00 | $2,700.00 |
| 1/24/2006 | Heather Leonard | Trial Time | 13.30 | $225.00 | $2,992.50 |
| 1/25/2006 | Heather Leonard | Trial | 7.70 | $225.00 | $1,732.50 |
| | | Amount Due | 154.95 | | $35,313.75 |

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| | | **Previous Balance** | | | **$0.00** |
| 11/15/2005 | Sarah Beasley | Time Balance Forward - Sarah Beasley (Paralegal)<br>9/30/05 SB    prepare draft of witness list,.exhibit list, and damages list; summarize depo of Kirkland, A. Sims, Horton and K. Sims    3.6    $60/hour    $216.00<br>10/6/05 SB    Letter to defendant re releases  0.1    $60/hour    $6.00<br>10/7/05 SB    Prepare depo summary of Diane Tillery  1.5    $60/hour | 5.20 | $60.00 | $312.00 |
| 12/12/2005 | Sarah Beasley | Prepare draft of voire dire and trial subpoenas | 0.50 | $60.00 | $30.00 |
| 12/13/2005 | Sarah Beasley | Letter to client re reviewing depo | 0.10 | $60.00 | $6.00 |
| 12/13/2005 | Sarah Beasley | Summarize Deposition of Angela Barclay Hunter | 2.00 | $60.00 | $120.00 |
| 12/14/2005 | Sarah Beasley | Prepare for trial<br>Update and organize file. Scan all documents to be used as trial exhibits to the computer. Left a message with Patsy re ordering trial exhibit stickers. Prepared witness notebook | 2.50 | $60.00 | $150.00 |
| 12/15/2005 | Sarah Beasley | Prepare for trial<br>Prepare and organize trial notebook | 1.00 | $60.00 | $60.00 |
| 12/28/2005 | Sarah Beasley | Prepare for trial<br>Prepare Defendant's Exhibit Notebook | 2.00 | $60.00 | $120.00 |
| 12/30/2005 | Sarah Beasley | Letter - client<br>Status | 0.10 | $60.00 | $6.00 |
| 1/5/2006 | Sarah Beasley | letter - witness<br>Letter to Diane Tillery | 0.10 | $60.00 | $6.00 |
| 1/5/2006 | Sarah Beasley | letter - defendant<br>re accepting service for witnesses | 0.10 | $60.00 | $6.00 |
| 1/5/2006 | Sarah Beasley | Letter - client<br>re confirming appointment | 0.10 | $60.00 | $6.00 |
| | | **Amount Due** | **13.70** | | **$822.00** |